UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

HOUSTON JUSTICE, et al

vs.

GREGORY WAYNE ABBOTT, in his official capacity as Governor of Texas; et al

Case No.: 5:21-cv-00848

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Georgina Yeomans, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Plaintiffs in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) NAACP Legal Defense & Educational Fund, Inc. with offices at:

    Mailing address: 700 14th Street N.W. Suite 600

    City, State, Zip Code: Washington, DC 20005

    Telephone: `(202) 682-1300       Facsimile: (202) 682-1312

2. Since November 2, 2015, Applicant has been and presently is a member of and in good standing with the Bar of the State of Connecticut. Applicant's bar license number is 431411.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | U.S. Court of Appeals - 6th Cir. | December 2020 |
    | U.S. Court of Appeals – 7th Cir. | April 2020 |
    | U.S. Court of Appeals – 9th Cir | January 2020 |
    | District of Columbia District Court | January 2019 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Kenneth E. Broughton, Jr. (Texas Bar No. 03087250)

Mailing address: 811 Main Street, Suite 1700

City, State, Zip Code: Houston, TX 77002-6110

Telephone: 713-469-3800

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Georgina Yeomans to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Georgina Yeomans
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 7th day of September, 2021.

Georgina Yeomans
[printed name of Applicant]

[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

HOUSTON JUSTICE, et al

vs.                                                     Case No.: 5:21-cv-00848

GREGORY WAYNE ABBOTT, in his official capacity as Governor of Texas; et al

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Georgina Yeomans, counsel for Plaintiffs, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Georgina Yeomans may appear on behalf of Plaintiffs in the above case.

IT IS FURTHER ORDERED that Georgina Yeomans, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of September, 20 21.

Please Choose Judge