UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

HOUSTON JUSTICE, et al

vs.

GREGORY WAYNE ABBOTT, in his official capacity as Governor of Texas; et al

Case No.: 5:21-cv-00848

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Kathryn Sadasivan, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Plaintiffs in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) NAACP Legal Defense & Educational Fund, Inc. with offices at:

    Mailing address: 40 Rector Street, Fifth Floor

    City, State, Zip Code: New York, NY 10006

    Telephone: (212) 965-2200    Facsimile: (212) 226-7592

2. Since March 27, 2018, Applicant has been and presently is a member of and in good standing with the Bar of the State of Alabama. Applicant's bar license number is 5178E48T.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| U.S. Court of Appeals - 6th Cir. | January 2020 |
| U.S. Court of Appeals - 7th Cir. | August 2020 |
| D.C. District Court | July 2018 |
| Florida Northern District Court | March 2020 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Kenneth E. Broughton, Jr. (Texas Bar No. 03087250)

Mailing address: 811 Main Street, Suite 1700

City, State, Zip Code: Houston, TX 77002-6110

Telephone: 713-469-3800

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Kathryn Sadasivan to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Kathryn Sadasivan
[printed name of Applicant]

*Kathryn C. Sadasivan*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 7th day of September, 2021.

Kathryn Sadasivan
[printed name of Applicant]

*Kathryn C. Sadasivan*
[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

HOUSTON JUSTICE, et al

vs.    Case No.: 5:21-cv-00848

GREGORY WAYNE ABBOTT, in his official capacity as Governor of Texas; et al

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Kathryn Sadasivan, counsel for Plaintiffs, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Kathryn Sadasivan may appear on behalf of Plaintiffs in the above case.

IT IS FURTHER ORDERED that Kathryn Sadasivan, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of September, 20 21.

_____
Please Choose Judge