IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HOUSTON JUSTICE, HOUSTON AREA URBAN LEAGUE, DELTA SIGMA THETA SORORITY, INC., THE ARC OF TEXAS, and JEFFREY LAMAR CLEMMONS<br><br>*Plaintiffs*,<br><br>v.<br><br>GREGORY WAYNE ABBOTT, in his official capacity as Governor of Texas; JOSE ESPARZA, in his official capacity as Deputy Secretary of State of Texas; WARREN KENNETH PAXTON, JR., in his official capacity as Attorney General of Texas; JACQUE CALLANEN, in her official capacity as Elections Administrator of Bexar County; and ISABEL LONGORIA, in her official capacity as Elections Administrator of Harris County.<br><br>*Defendants*. | Civil Case No. 5:21-cv-00848-XR |

## **PLAINTIFFS' NOTICE OF ERRATA**

Plaintiffs Houston Justice, Houston Area Urban League, Delta Sigma Theta Sorority, Inc., the Arc of Texas, and Jeffrey Lamar Clemmons (collectively, "Plaintiffs") file this Notice of Errata regarding ECF No. 1, Plaintiffs' Complaint for Declaratory and Injunctive Relief (the "Complaint"), to correct the date on which the Governor signed S.B. 1, add the full signature of the attorney-in-charge—Kenneth E. Broughton, remove Natasha Merle as counsel for NAACP Legal Defense & Education Fund, Inc. from the signature block, as well as several minor formatting and grammatical errors. Plaintiffs attach a corrected Complaint and respectfully request that it be substituted for the pleading filed on September 7, 2021 (ECF No. 1).

Respectfully submitted September 9, 2021

REED SMITH LLP, NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC., THE ARC OF THE UNITED STATES, INC.

/s/ *Kenneth E. Broughton*
Kenneth E. Broughton
Texas Bar No. 03087250
kbroughton@reedsmith.com

Lora Spencer
Texas Bar No. 24085597
lspencer@reedsmith.com

J. Keely Dulaney*
Texas Bar No. 24116306
kdulaney@reedsmith.com

Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899

Sarah M. Cummings
Texas Bar No. 24094609
Reed Smith LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
scummings@reedsmith.com

Kathryn Sadasivan*
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 965-2200
Fax: (212) 226-7592
nmerle@naacpldf.org
ksadasivan@naacpldf.org

Georgina Yeomans*
Jennifer A. Holmes*
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street NW, 6th Floor
Washington, DC 20005
Telephone: (202) 682-1300
Facsimile: (202) 682-1312
gyeomans@naacpldf.org
jholmes@naacpldf.org

Shira Wakschlag
The Arc of the United States, Inc.
1825 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: (202) 534-3708
Facsimile: (202) 534-3731
Wakschlag@thearc.org


*Pro Hac Vice Admission Pending*

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2021, a copy of the foregoing was filed electronically.

Notice of this filing will be served upon all defendants.

>   /s/ *Kenneth E. Broughton*
>   Kenneth E. Broughton
>   Texas Bar No. 03087250
>   kbroughton@reedsmith.com
>
>   Reed Smith LLP
>   811 Main Street, Suite 1700
>   Houston, TX 77002-6110
>   Telephone: (713) 469-3800
>   Facsimile: (713) 469-3899
>
>   *Counsel for Plaintiffs*