### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HOUSTON JUSTICE, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | Case No. 5:21-cv-00848-XR |
| GREGORY WAYNE ABBOTT, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

### ORDER SETTING DEADLINE FOR RESPONSIVE PLEADING

Before the Court is the State Defendants' Unopposed Motion to Set Deadline for Responsive Pleading. After considering the Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Defendants Abbott, Esparza, and Paxton have until October 25, 2021, to respond to Plaintiffs' Complaint.

DATE: _____

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE