# AFFIDAVIT OF SERVICE

**State of Texas**                    **County of**                    **District Court**

Case Number: 5:21CV00848

Plaintiff:
**HOUSTON JUSTICE, ET AL**

vs.

Defendant:
**GREGORY WAYNE ABBOTT, ET AL**

Received by GARY F. HODGES  PSC10081 EXP:12/31/2022 on the 14th day of September, 2021 at 8:01 am to be served on **HARRIS CO. ELECTIONS ADMINISTRATOR ISABEL LONGORIA, 1001 PRESTON ST. STE 200, HOUSTON, TX 77002**.

I, GARY F. HODGES  PSC10081 EXP:12/31/2022, being duly sworn, depose and say that on the **15th day of September, 2021** at **3:11 pm**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **TYLER JAMES** as **CHIEF OF STAFF** at the address of: **1001 PRESTON ST. STE 200, HOUSTON, TX 77002**, the receptionist called Isabel Longoria who gave Tyler James the authorization to accept service for **ISABEL LONGORIA**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 34, Sex: M, Race/Skin Color: WHITE, Height: 5'7, Weight: 185, Hair: RED, Glasses: N

I am a State of Texas Authorized Process Server; I am competent to make this oath; I am not less than 18 years of age; I am not a party in the above-referenced case; I have not been convicted of a felony or crime of moral turpitude; and I am not interested in the outcome of the above styled and numbered suit; and I swear that the above statements and facts are true and correct.

Subscribed and Sworn to before me on the 16th day of September, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

GARY F. HODGES  PSC10081 EXP:12/31/2022
Process Server

LIBERTY LITIGATIONS SUPPORT, LLC
7171 HIGHWAY 6 NORTH STE 250
HOUSTON, TX 77095
(281) 200-5310

Our Job Serial Number: AJT-2021002008



NOTOCHA COE
Notary Public, State of Texas
Comm. Expires 10-16-2022
Notary ID 13176197-6

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b