AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Houston Justice, Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons

*Plaintiff(s)*

v.

Gregory Wayne Abbott, in his official capacity as Governor of Texas; et al.

*Defendant(s)*

Civil Action No.   5:21-cv-00848

ACCEPTED BY:
9/14/2021 @ 2:47 AM/PM
Jacquelyn F Callanen

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jacquelyn Callanen, in her official capacity as the Bexar County Elections Administrator
Bexar County Elections Department
1103 S. Frio
Suite 100
San Antonio, TX 78207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kenneth E. Broughton
Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP - 8 2021

JENNIFER L. CLACK

*Signature of Clerk or Deputy Clerk*





Rush!

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:21-CV-00848

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>JACQUELYN CALLANEN, IN HER OFFICIAL CAPACITY AS THE BEXAR COUNTY ELECTIONS ADMINISTRATOR</u> was received by me on *(date)* <u>Sep 14, 2021, 8:09 am.</u>

[X] I personally served the summons on the individual at *(place)* <u>1103 S FRIO ST #100, SAN ANTONIO, TX 78207-6326</u> on *(date)* <u>SEPTEMBER 14, 2021 AT 2:47 PM (CST)</u> ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: September 14, 2021

*Server's signature*

Richard D. Ramos PSC# 2051

*Printed name and title*

P.O. Box 100021, San Antonio, TX 78201

*Server's address*

Additional information regarding attempted service, etc.:
September 14, 2021, 2:47 pm CDT at 1103 S FRIO ST #100, SAN ANTONIO, TX 78207-6326 received by JACQUELYN CALLANEN, IN HER OFFICIAL CAPACITY AS THE BEXAR COUNTY ELECTIONS ADMINISTRATOR .
Personally Served