# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 5:21-CV-00848

Plaintiff:
**Houston Justice, et al.**

vs.

Defendant:
**Gregory Wayne Abbott, in his official capacity as Governor of Texas, et al.**

For:
Reed Smith, LLP (Houston)
811 Main Street
Ste. 1700
Houston, TX 77002

Received by Liberty Litigation Support, LLC on the 14th day of September, 2021 at 8:40 am to be served on **Jose Esparza, in his official capacity as Texas Deputy Secretary of State, State Insurance Building, 1100 Congress, Capitol Building, Room 1E.8, Austin, Travis County, TX 78701**.

I, Tom Kroll, being duly sworn, depose and say that on the **14th day of September, 2021** at **11:20 am, I:**

executed to a **GOVERNMENT AGENCY** by delivering a true copy of the **Summons in a Civil Action, Complaint for Declaratory and Injunctive Relief, Civil Cover Sheet, Plaintiffs' Notice of Errata, and Complaint for Declaratory and Injunctive Relief** with the date of delivery endorsed thereon by me, to **Web Jerome, Office of the Secretary of State** at the address of **1019 Brazos, Austin, Travis County, TX 78701** as **Authorized Agent** for **Jose Esparza, in his official capacity as Texas Deputy Secretary of State**, and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 14th day of September, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

Tom Kroll
PSC-3012, Exp. 8/31/2023
Date: 9/14/21

Liberty Litigation Support, LLC
7171 Highway 6 North
Suite 250
Houston, TX 77095
(281) 200-5310

Our Job Serial Number: ATX-2021009707