IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HOUSTON JUSTICE, *et al.*, | § |
| *Plaintiffs*, | § § § |
| v. | §  Case No. 5:21-cv-00848-XR |
| GREGORY WAYNE ABBOTT, *et al.*, | § § § |
| *Defendants*. | § § |

**NOTICE REGARDING PENDING MOTION TO CONSOLIDATE**

The State Defendants filed a Partially-Opposed Motion to Consolidate on September 14, 2021, in *La Unión del Pueblo Entero v. Abbott*, No. 5:21-cv-00844 (W.D. Tex.) (hereinafter *LUPE*) (ECF No. 24). In that Motion, the State Defendants asked the Court to consolidate four cases filed in the Western District of Texas that challenge Senate Bill 1— *La Unión del Pueblo Entero v. Abbott*, No. 5:21-cv-00844 (W.D. Tex.), *OCA-Greater Houston v. Esparza*, No. 1:21-cv-00780 (W.D. Tex.), *LULAC Texas v. Esparza*, No. 1:21-cv-00786 (W.D. Tex.), and *Houston Justice v. Abbott*, No. 5:21-cv-848 (W.D. Tex.). The same day, and before the State Defendants filed their motion, Judge Biery entered an order transferring the *LUPE* case to this Court's docket *sua sponte*.

On September 15, 2021, Judge Pitman entered orders transferring two other cases challenging Senate Bill 1 to this Court's docket—*OCA-Greater Houston v. Esparza*, No. 1:21-cv-00780 (W.D. Tex.) (ECF No. 8) and *LULAC Texas v. Esparza*, No. 1:21-cv-00786 (W.D. Tex.) (ECF No. 9).

The State Defendants hereby provide notice that, with all four cases challenging Senate Bill 1 now before this Court, none of the plaintiffs in these four cases currently oppose consolidation. On September 17, counsel for the *OCA-Greater Houston* plaintiffs stated that they no longer oppose

1

consolidation.[1] The State Defendants' motion remains pending in the *LUPE* case.

---

[1] Plaintiff Isabel Longoria in the *LUPE* case, and the plaintiffs in the *LULAC Tex.* case, have taken no position on the issue of consolidation.

| | |
|---|---|
| Date: September 21, 2021 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Tex. State Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>Tex. State Bar No. 24088531 |
| | ERIC A. HUDSON<br>Senior Special Counsel<br>Tex. Bar No. 24059977 |
| | KATHLEEN T. HUNKER<br>Special Counsel<br>Tex. State Bar No. 24118415<br>*Application for Admission Forthcoming* |
| | LEIF A. OLSON<br>Special Counsel<br>Tex. State Bar No. 24032801 |
| | */s/ Jeffrey M. White*<br>JEFFREY M. WHITE<br>Special Counsel<br>Tex. State Bar No. 24064380 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov<br>eric.hudson@oag.texas.gov<br>kathleen.hunker@oag.texas.gov<br>leif.olson@oag.texas.gov<br>jeff.white@oag.texas.gov |
| | **COUNSEL FOR STATE DEFENDANTS** |

**CERTIFICATE OF SERVICE**

    I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on September 21, 2021, and that all counsel of record were served by CM/ECF.

                                        */s/ Jeffrey M. White*
                                        Jeffrey M. White